UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

05 11236 NG

| | |
|---|---|
| CAROL BLANCHARD, EXECUTIVE DIRECTOR OF THE TEAMSTERS UNION 25 HEALTH SERVICES & INSURANCE PLAN,<br>    Plaintiff,<br><br>v.<br><br>KEITH NOLIN,<br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION FOR APPOINTMENT OF SPECIAL PROCESS SERVER

Pursuant to Federal Rule of Civil Procedure 4(c), the Plaintiff, Carol Blanchard, Executive Director of the Teamsters Union 25 Health Services & Insurance Plan (hereinafter, "the Plaintiff"), respectfully moves that QUICKSERV, INC. be specially appointed for the purpose of serving all process and other papers in the above-captioned case.

The Plaintiff certifies that to the best of its knowledge and belief the person appointed process server is experienced in the service of process, is 18 years of age or over, and is not a party to this action.

For the Plaintiff,
**CAROL BLANCHARD,
EXECUTIVE DIRECTOR,
TEAMSTERS UNION 25 HEALTH
SERVICES & INSURANCE PLAN,**
By her attorneys,

_____
Matthew E. Dwyer, BBO# 139840
Brian M. Maser, BBO# 655667
Dwyer, Duddy & Facklam, P.C.
Two Center Plaza, Suite 430
Boston, MA 02108
(617) 723-9777

Dated: 6/10/05
f:\l25hsip\workers' comp\nolin\pldgs\4(c).mot.doc