AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

Carol Blanchard, Executive Director of the Teamsters Union 25 Health Services & Insurance Plan

V.

Keith Nolin

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05 11236 NG

COPY

TO: (Name and address of Defendant)

Keith Nolin
8 Marshall Road
Kingston, NH 03884

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Matthew E. Dwyer, Esquire
Brian M. Maser, Esquire
Dwyer, Duddy and Facklam, P.C.
Two Center Plaza, Suite 430
Boston, MA 02108
(617) 723-9777

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON                              JUN 13 2005

CLERK                                          DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | June 27 2005 |
| NAME OF SERVER (PRINT) Robert P Savoie | TITLE Lic. PI N.H & MA. |

Check one box below to indicate appropriate method of service

☒ Served personally upon the third-party defendant. Place where served: #18 Parkview Inn @ 109 S Broadway Salem N.H 03079

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on June 27th 2005   *Signature of Server* Robert P Savoie

7 Earl St Salem N.H
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# Affidavit of Process Server

United States District Court   District of Massachusetts
(NAME OF COURT)

| Blanchard v Nolin | | C.A. No. 0511236-05 |
|---|---|---|
| PLAINTIFF/PETITIONER | DEFENDANT/RESPONDENT | CASE NUMBER |

I __Robert P Savoie__, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

Service: I served __Keith Nolin__  In Hand
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) __Original Summons, a Copy of the summons, Complaint civil Action cover Sheet & Category Sheet__

by leaving with _____ _____ At
NAME                RELATIONSHIP

x☒ Residence  __Parkview Inn # 18 @ 109 S Broadway Salem NH 03079__
ADDRESS                         CITY / STATE

☐ Business _____
ADDRESS                         CITY / STATE

On __June 27 2005__ AT __7:45PM__
DATE                             TIME

Thereafter copies of the documents were mailed by prepaid, first class mail on _____
                                                                              DATE

from _____
CITY       STATE       ZIP

**Manner of Service:**
XXX☒ **Personal:** By personally delivering copies to the person being served.
☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of _____ and explaining the general nature of the papers.
☐ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address   ☐ Moved, Left no Forwarding   ☐ Service Cancelled by Litigant   ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist   ☐ Other _____

Service Attempts: Service was attempted on: (1) __6/24/05   6:30pm__   (2) __6/27/05   5:20PM__
                                                DATE        TIME              DATE       TIME
(3) __6/27/05   7:20pm__   (4) _____   (5) _____
    DATE       TIME           DATE    TIME          DATE    TIME

Description: Age __36__ Sex __M__ Race __W__ Height __5'10"__ Weight __170__ Hair __blk/brn__ Beard ____ Glasses ____

_Robert P Savoie_ (signature)
SIGNATURE OF PROCESS SERVER

SUBSCRIBED AND SWORN to before me this __27th__ day of __June__, 2005

_Theresa A Savoie_ (signature)
NOTARY PUBLIC for _____

THERESA ANN SAVOIE, Notary Public
My Commission Expires April 21, 2009