UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAROL BLANCHARD, EXECUTIVE DIRECTOR of the TEAMSTERS UNION 25 HEALTH SERVICES AND INSURANCE PLAN, <br><br> Plaintiff, <br><br> v. <br><br> KEITH NOLIN, <br><br> Defendant. | C.A. No. 05-11236-NG |

## DEFAULT JUDGMENT

Defendant, Keith Nolin, having failed to plead or otherwise defend in this action and its default having been entered on November 28, 2005,

Now, upon application of plaintiff and affidavits demonstrating that defendant owes plaintiff the sum of $5,657.09; that defendant is not an infant or incompetent person or in the military service of the United States, and that plaintiff has incurred attorneys fees in the sum of -$399.00, it is hereby

ORDERED, ADJUDGED AND DECREED that the Plaintiff recover from Defendant, Keith Nolin, the sum of $6056.09, with interest as provided by law.

Dated: 1/31/06

M. Molloy
Deputy Clerk