## UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **CAROL BLANCHARD, EXECUTIVE DIRECTOR OF THE TEAMSTERS UNION 25 HEALTH SERVICES & INSURANCE PLAN,** <br>     **Plaintiff,** <br><br> **v.** <br><br> **KEITH NOLIN,** <br>     **Defendant.** | **Civil Action No.** <br> **05-11236-NG** |

### NOTICE OF APPEARANCE

Please enter my appearance in the above-captioned action on behalf of the Plaintiff Carol A. Blanchard, Executive Director of the Teamsters Union 25 Health Services and Insurance Plan.

For the Plaintiff,
**Carol A. Blanchard, Executive Director**
**of the Teamsters Union 25 Health**
**Services and Insurance Plan,**
By her attorney,

_____
Brian P. Fox
BBO# 663927
Dwyer, Duddy and Facklam, P.C.
Two Center Plaza, Suite 430
Boston, MA 02108-1804
(617) 723-9777

Date: March 27, 2006